U.S. District Court
Wisconsin Eastern

AUG 1 7 2022

FILED
Clerk of Court

August 15, 2022

Dear Lynn,

It has come to my attention that you wish to do business with KAY X YANG and CHAO YANG;

In order for us to continue to do business we need some assurance; Because you are a public servant, you will need to sign the attached IRS Form 56;

1. We need you to dismiss this case 2:22-CV-00449 with prejudice in our favor.

3. We need you to cancel, void and terminate the fraudulent transactions and entries you've named and listed KAY X YANG and CHAO YANG, to be removed from your court.

3. We need you to stop participating in fraudulent transactions and cases.

4. We demand compensation for the injury and harm these cases have caused us.

5. You are to cease and desist any further actions harming us or causing disturbances or related to us.

Upon your refusal to sign the Form 56; here be abated and all payments, bonds, credits, securities, security interests created in the property in the name KAY X YANG and CHAO YANG now belongs to beneficiary; Kay Xing Yang and beneficiary; Chao Yang

Back Side →



Kindly mail a check or debit card to the mailing address / location indentified in Part I of IRS Form 56; If a check routing number is required, we will provide upon request;

We have NO intention of any further participation in this matter unless or until the attached Form 56 is signed, dated, returned to us, or the IRS.

Yang, Kay-Xiong
Attorney-In-Fact
aciting in-behalf
KAY X YANG

Yang Chao
Attorney-In-Fact
acting in-behalf
CHAO YANG