**Form 56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to www.irs.gov/Form56 for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| KAY X YANG | 289862073 | ▓▓▓▓▓ |

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 9855 W HAWTHORNE ROAD**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**MEQUON, WISCONSIN 53097**

Fiduciary's name
**Wisconsin State Bar Association / WI State Bar on any combination / alphabetical assemblages of the names thereto / therefrom**

Address of fiduciary (number, street, and room or suite no.)
**Wisconsin State Bar Association, 5302 Eastpark Blvd**

City or town, state, and ZIP code
**Madison, Wisconsin 53718**

Telephone number (optional)
( 800 )  728-7788

### Section A. Authority

1. Authority for fiduciary relationship. Check applicable box:
   - a ☐ Court appointment of testate estate (valid will exists)
   - b ☐ Court appointment of intestate estate (no valid will exists)
   - c ☐ Court appointment as guardian or conservator
   - d ☐ Valid trust instrument and amendments
   - e ☐ Bankruptcy or assignment for the benefit or creditors
   - f ☑ Other. Describe ▶ **TERMINATED IN ALL COMMERCIAL AND LAWFUL LEGAL TRANSACTIONS WITHOUT POWER**

2a. If box 1a or 1b is checked, enter the date of death ▶ _____

   b. If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **June 15, 1981**

   **Title 5 Part I Chapter 7 Subchapter 702, Title 28 Part IV Chapter 85 Subsection 1331-Federal question, CRM 932. provision, Title 31 FCA**

### Section B. Nature of Liability and Tax Notices

3. Type of taxes (check all that apply):  ☑ Income  ☑ Gift  ☑ Estate  ☑ Generation-skipping transfer  ☑ Employment
   ☑ Excise  ☑ Other (describe) ▶ **ALL ASSOCIATED TAX MATTERS NUNC PRO TUNC AB INITIO**

4. Federal tax form number (check all that apply):  a ☑ 706 series  b ☑ 709  c ☑ 940  d ☑ 941, 943, 944
   e ☑ 1040, 1040-A, or 1040-EZ  f ☑ 1041  g ☑ 1120  h ☑ Other (list) ▶ **ALL ASSOCIATED TAX MATTERS...**

5. If your authority as a fiduciary does not cover all years or tax periods, check here ........ ▶ ☐
   and list the specific years or periods ▶ **N/A**

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 11-2017)

## Part II — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority
b ☐ Certificate of dissolution or termination of a business entity
c ☑ Other. Describe ▶ ATTORNEY ACTING FOR THE STATE AGENCY OR AGENTS IS HEREBY REVOKED

### Section B—Partial Revocation

7a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

b  Specify to whom granted, date, and address, including ZIP code.
▶ N/A

### Section C—Substitute Fiduciary

8  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) ▶ ☐
▶ Lynn Adelman d/b/a Judge, WI EASTERN DISTRICT COURT, LYNN ADELMAN, 517 E WISCONSIN AVE., MILWAUKEE, WI 53202

## Part III — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Doris Meissner, COMMISSIONER OF IMMIGRATION AND NATURALIZATION | February 20, 1997 |

| Address of court | Docket number of proceeding |
|---|---|
| AJC Federal Building, 1240 East 9th Street Room 501 | No. A1336445, INS A27 983 174, 2:22-cv-00449 |

| City or town, state, and ZIP code | Date | Time | | Place of other proceedings |
|---|---|---|---|---|
| Cleveland, OH 44199 | 06/17/1997 | no record | ☐ a.m. ☐ p.m. | Cleveland, Ohio |

## Part IV — Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____ Fiduciary's signature    _____ Title, if applicable    _____ Date

**Form 56**
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

Name of person for whom you are acting (as shown on the tax return)
**CHAO YANG**

Identifying number: [redacted]
Decedent's social security no.: [redacted]

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 9855 W HAWTHORNE ROAD**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**MEQUON, WISCONSIN 53097**

Fiduciary's name
**Wisconsin State Bar Association / WI State Bar on any combination / alphabetical assemblages of the names thereto / therefrom**

Address of fiduciary (number, street, and room or suite no.)
**Wisconsin State Bar Association, 5302 Eastpark Blvd**

City or town, state, and ZIP code
**Madison, Wisconsin 53718**

Telephone number (optional)
**( 800 ) 728-7788**

### Section A. Authority

1. Authority for fiduciary relationship. Check applicable box:
   a. ☐ Court appointment of testate estate (valid will exists)
   b. ☐ Court appointment of intestate estate (no valid will exists)
   c. ☐ Court appointment as guardian or conservator
   d. ☐ Valid trust instrument and amendments
   e. ☐ Bankruptcy or assignment for the benefit or creditors
   f. ☑ Other. Describe ▶ **TERMINATED IN ALL COMMERCIAL AND LAWFUL LEGAL TRANSACTIONS WITHOUT POWER**

2a. If box 1a or 1b is checked, enter the date of death ▶ _____
 b. If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ **June 15, 1981**
   **Title 5 Part I Chapter 7 Subchapter 702, Title 28 Part IV Chapter 85 Subsection 1331-Federal question, CRM 932. provision, Title 31 FCA**

### Section B. Nature of Liability and Tax Notices

3. Type of taxes (check all that apply): ☑ Income ☑ Gift ☑ Estate ☑ Generation-skipping transfer ☑ Employment ☑ Excise ☑ Other (describe) ▶ **ALL ASSOCIATED TAX MATTERS NUNC PRO TUNC AB INITIO**

4. Federal tax form number (check all that apply): a ☑ 706 series  b ☑ 709  c ☑ 940  d ☑ 941, 943, 944  e ☑ 1040, 1040-A, or 1040-EZ  f ☑ 1041  g ☑ 1120  h ☑ Other (list) ▶ **ALL ASSOCIATED TAX MATTERS...**

5. If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . ▶ ☐
   and list the specific years or periods ▶ **N/A**

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 11-2017)

| Part II | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

6. Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority
b ☐ Certificate of dissolution or termination of a business entity
c ☑ Other. Describe ▶ ATTORNEY ACTING FOR THE STATE AGENCY OR AGENTS IS HEREBY REVOKED

### Section B—Partial Revocation

7a. Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

b. Specify to whom granted, date, and address, including ZIP code.
▶ N/A

### Section C—Substitute Fiduciary

8. Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) ▶ ☐
▶ Lynn Adelman d/b/a Judge, WI EASTERN DISTRICT COURT, LYNN ADELMAN, 517 E WISCONSIN AVE., MILWAUKEE, WI 53202

| Part III | Court and Administrative Proceedings |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Eduardo Aguirre, US Citizenship and Immigr., US DISTRICT COURT EASTERN DISTRICT WI | October 14, 2004 |

| Address of court | Docket number of proceeding |
|---|---|
| 517 E. Wisconsin Ave | No. 28635086, INS A073344283, 2:22-cv-00449 |

| City or town, state, and ZIP code | Date | Time | a.m. ☐ p.m. ☐ | Place of other proceedings |
|---|---|---|---|---|
| Milwaukee, Wisconsin 53202 | 10/14/2004 | no record | | Milwaukee, WI |

| Part IV | Signature |
|---|---|

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____  _____  _____
Fiduciary's signature    Title, if applicable    Date

Form **56** (Rev. 11-2017)