# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Civil Action No. 2:22-cv-00449 |
| Plaintiff, | Hon. Lynn Adelman |
| v. | |
| KAY YANG, AK EQUITY GROUP LLC, and XAPPHIRE LLC, | |
| Defendants, | |
| and | |
| CHAO YANG, | |
| Relief Defendant. | |

**PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT, PERMANENT INJUNCTION, CIVIL MONETARY PENALTIES, AND OTHER STATUTORY AND EQUITABLE RELIEF**

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC"), moves pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for a default judgment against all Defendants and Relief Defendant Chao Yang. The CFTC is filing herewith a Memorandum of Law, Declarations of Lauren Bennett and Kyong Koh, and a proposed judgment order.

1

Dated: May 9, 2023                    By: */s/ Lauren E. Bennett*

Lauren Bennett, #0812160068 (MD)
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington D.C. 20581
(202) 418-5000
lbennett@cftc.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 9, 2023, I caused a copy of the foregoing Motion, Memorandum in Support thereof, Supporting Declarations and Exhibits to be served by USPS delivery, upon:

Kay Yang
Post Office Box 217
Thiensville, WI 53092

AK Equity Group LLC
Post Office Box 217
Thiensville, WI 53092

Xapphire LLC
Post Office Box 217
Thiensville, WI 53092

Chao Yang
Post Office Box 217
Thiensville, WI 53092

*/s/ Lauren E. Bennett*
Lauren E. Bennett